# United States Bankruptcy Court
### Northern District of Illinois

In re: Vicente Sandria, Reyna Nestor
Debtor(s)

Case No. 14-82228
Chapter 13

## CERTIFICATE OF SERVICE

I hereby certify that on **October 31, 2016**, a copy of **Motion for Final Decree** was served electronically or by regular United States mail to all interested parties, the Trustee and by certified mail to all creditors listed below.

Mortgage Electronic Registration Systems, Inc.
Ocwen Loan Servicing LLC
HSBC Bank USA, NA

/s/ Arturo P Gonzalez
Arturo P Gonzalez 6192140
Law Offices of Arturo P. Gonzalez
920 davis Road, Suite 100
Elgin, IL 60123
847-841-7100 Fax:888-959-2458
art@artgonzalezlaw.com

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery: OC 31

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Mortgage Electronic
Registration Systems, Inc.
c/o Genpact Registered Agent
1901 East Voorhees Street
Suite C
Danville, IL  61834

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7008 2810 0001 3647 1419

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery: 10-31-16

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Mortgage Electronic
Registration Systems, Inc.
Attn: William Beckmann,
President
1818 Library Street, #300
Reston, VA  20190

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7008 2810 0001 3647 1433

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

1. Article Addressed to:

HSBC Bank USA, N.A.
Attn: Patrick Burke,
President and CEO
and succeeding Irene Dorner
date uncertain
1800 Tysons Blvd.
McLean, VA  22102

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7008 2810 0001 3647 1402

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

Case 14-82228    Doc 45    Filed 12/05/16    Entered 12/05/16 16:20:46    Desc Main
Document    Page 3 of 4

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ocwen Loan Servicing, LLC
Attn: Ronald M. Faris
LLC Manager
1661 Worthington Road
Suite 100
West Palm Beach, FL  33409

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X EARL HILL  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): AGENT    C. Date of Delivery: OCT 31 2016
D. Is delivery address different from item 1? ☐ Yes  ☒ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7008 2810 0001 3647 1440

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ocwen Loan Servicing, LLC
c/o Illinois Corporation
Service Company
801 Adlai Stevenson Drive
Springfield, IL  62703

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Tom Jarvis   ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Tom Jarvis    C. Date of Delivery: OCT 31 2016
D. Is delivery address different from item 1? ☐ Yes  ☒ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7008 2810 0001 3647 1426

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540