## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| In Re: | BK No.: 14-82228 |
| VICENTE SANDRIA and | |
| REYNA NESTOR, | Chapter 13 |
| Debtors. | Honorable Thomas M. Lynch |

### ORDER

1. The Debtors filed a motion requesting a Final Decree to establish that the conditions precedent required to satisfy the second mortgage lien of Mortgage Electronic Registration Systems, Inc. and/or HSBC BANK USA, National Association and/or Ocwen Loan Servicing, LLC ("the Creditor"), recorded in the County of McHenry as document number 2006R0056879, have been met as stated in the order of September 12, 2014.

2. On December 23, 2016 the Chapter 13 Trustee issued her Final Report and Account that stated that this Chapter 13 case was completed on September 20, 2016, the Debtors' Chapter 13 Plan having been confirmed on September 12, 2014. The trustee further certified that the bankruptcy estate had been fully administered and that a final decree may be entered.

3. Accordingly, the order of September 12, 2014 avoided the Creditor's second mortgage lien against the Debtors' property commonly known as 68 Woodbine Drive, Crystal Lake, Illinois, with real estate tax ID # 18-01-103-018.

4. On October 26, 2016 a discharge under 11 U.S.C. § 1328(a) was granted to the Debtors.

THEREFORE, the motion of the Debtors for a final decree is denied as unnecessary.

Date: January 17, 2017          Enter:

_____
Thomas M. Lynch
United States Bankruptcy Judge